IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John Smith

 v.

Towson University

Case No. 1:22-cv-02998-JRR

**NOTICE OF APPEAL**

Notice is hereby given that John Smith,
(fill in names of **all** parties who are appealing)

Plaintiff in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the DENIED Motion to Proceed Under a Pseudonym (ECF 3)
(indicate order or judgment)

entered in this case on November 29, 2022.

December 22, 2022
Date

*[signature: John Smith]*
Signature

John Smith
Printed Name and Bar Number

8404 Philadelphia Rd, Rosedale, MD 21237
Address

johnsmith47816@gmail.com
Email Address

(410) 686-9090
Telephone Number

Fax Number

NoticeofAppeal (06/2016)