IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CHRISTOPHER ENSMINGER,**       *

    *Plaintiff*,       *

    v.       *     **Case No. 1:22-cv-02998-JRR**

**TOWSON UNIVERSITY,**       *

    *Defendant.*       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Pending before the court is Defendant's Motion to Dismiss (ECF No. 27). The court has reviewed all papers. No hearing is necessary. Local Rule 105. (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 5th day of February 2024:

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 27) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Complaint shall be, and is hereby, **DISMISSED in its entirety**; and further it is

**ORDERED** that the Clerk of Court shall **CLOSE** this case and transmit a copy of this order and the accompanying memorandum opinion to Plaintiff and counsel of record.

/s/_____
Julie R. Rubin
United States District Judge